# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCELUS E. GOODWIN, <br><br> Defendant. | Case No. 18-CR-12-JPS <br><br> **ORDER** |

On June 7, 2018, the government filed a motion for a preliminary order of forfeiture as to certain property of the defendant. (Docket #16). As part of his plea agreement, the defendant agreed to forfeit the property identified in the forfeiture notice of the Indictment. (*See* Docket #1 at 2 and #11 at 7). The Court will, therefore, grant the government's motion for a preliminary order of forfeiture. *See* Fed. R. Crim. P. 32.2.

Accordingly,

**IT IS ORDERED** that the government's motion for preliminary order of forfeiture (Docket #16) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that all right, title and interest in the Bryco model 58, 9mm pistol bearing serial number 965435, is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c);

**IT IS FURTHER ORDERED** that the above-listed item shall be seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its duly authorized representative;

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law; and

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 11th day of June, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge